**Fill in this information to identify your case and this filing:**

Debtor 1          __Russell__          __Edwin__          __Anderson__
                  First Name          Middle Name          Last Name

Debtor 2          _____
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:      __Western District of Virginia__

Case number          __22-60960__

☑ Check if this is an
  amended filing

# Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

    1.2    __8142 Irish Road__
           Street address, if available, or other description

           __8142 Irish Road__

           __Faber, VA 22938__
           City                    State    ZIP Code

           __Nelson__
           County

    **What is the property?** Check all that apply.

    ☑ Single-family home
    ☐ Duplex or multi-unit building
    ☐ Condominium or cooperative
    ☐ Manufactured or mobile home
    ☑ Land
    ☐ Investment property
    ☐ Timeshare
    ☐ Other _____

    **Who has an interest in the property?** Check one.

    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☑ At least one of the debtors and another

    Other information you wish to add about this item, such as local property identification number:  __CTA Value: $136,000.00__

    **Source of Value:**  __Client's Estimated Value__

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    | Current value of the entire property? | Current value of the portion you own? |
    |---|---|
    | $180,000.00 | $90,000.00 |

    **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

    __Tenancy by the Entirety__

    ☐ **Check if this is community property**
      (see instructions)

| Debtor 1 | **Russell** | **Edwin** | **Anderson** | Case number *(if known)* __22-60960__ |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

---

**1.1** __106 Church Lane, Parcel ID 48 A 3__
Street address, if available, or other description

__106 Church Lane__

__Faber, VA 22938__
City                                      State      ZIP Code

__Nelson__
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: __County Tax Assessment: $215,400__

Source of Value: __Client's estimated value__

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
__$250,000.00__

**Current value of the portion you own?**
__$125,000.00__

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

__Tenancy by the Entirety__

☐ **Check if this is community property**
(see instructions)

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................................................    →    __$215,000.00__

| Debtor 1 | **Russell** | **Edwin** | **Anderson** | Case number *(if known)* | **22-60960** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

   3.1 Make: __Pontiac__

   Model: __G6__

   Year: __2008__

   Approximate mileage: __104000__

   Other information:

   **Who has an interest in the property?** Check one.
   - ☑ Debtor 1 only
   - ☐ Debtor 2 only
   - ☐ Debtor 1 and Debtor 2 only
   - ☐ At least one of the debtors and another

   ☐ **Check if this is community property**
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | **$1,000.00** | **$1,000.00** |

   If you own or have more than one, list here:

   3.2 Make: __GMC__

   Model: __Sierra__

   Year: __2004__

   Approximate mileage: __70000__

   Other information:

   **Who has an interest in the property?** Check one.
   - ☑ Debtor 1 only
   - ☐ Debtor 2 only
   - ☐ Debtor 1 and Debtor 2 only
   - ☐ At least one of the debtors and another

   ☐ **Check if this is community property**
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | **$7,000.00** | **$7,000.00** |

   3.3 Make: __Chevrolet__

   Model: __Silverado__

   Year: __2002__

   Approximate mileage: __240000__

   Other information:

   **Who has an interest in the property?** Check one.
   - ☑ Debtor 1 only
   - ☐ Debtor 2 only
   - ☐ Debtor 1 and Debtor 2 only
   - ☐ At least one of the debtors and another

   ☐ **Check if this is community property**
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | **$2,000.00** | **$2,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☐ No
   - ☑ Yes

| Debtor 1 | __Russell__ | __Edwin__ | __Anderson__ | Case number *(if known)* __22-60960__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

4.1 Make: __Honda__

Model: __ATV__

Year: __2015__

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   __$4,000.00__

**Current value of the portion you own?**   __$2,000.00__

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...................................................................... → __$12,000.00__

---

**Part 3:** Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☑ Yes. Describe........   Sofas, Dining Table and Chairs, Kitchen Table, Bedroom suites, Stove, Refrigerator, Dishwasher, Microwave, Washer, Dryer, Desks, Nightstands, Dressers, Beds, fishtank, Lampscoffee tables, china cabinet, bookcases,   __$1,250.00__

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☑ Yes. Describe........   TVs, Computers   __$75.00__

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☑ No
   - ☐ Yes. Describe........

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☐ No
   - ☑ Yes. Describe........   See Attached.   __$75.00__

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☐ No
    - ☑ Yes. Describe........   See Attached.   __$5,400.00__

| Debtor 1 | **Russell** | **Edwin** | **Anderson** | Case number *(if known)* **22-60960** |
|----------|-------------|-----------|--------------|---------------------------------------|
| | First Name | Middle Name | Last Name | |

---

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe........   | Clothing |   **$500.00**

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe........   | Wedding ring |   **$1,000.00**

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe........   | 8 ducks, 2 dogs, 2 cats, fish |   **$100.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........   |  |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ......................................................................................➜   **$8,400.00**

---

## Part 4:   Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes................................................................................................................ Cash..............   **$35.00**

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes.................

    | | Institution name: | |
    |---|---|---|
    | 17.1. Other financial account: | **Funds remaining in lawyer's trust account** | **$1,002.00** |
    | 17.2. Savings account: | **UVA Credit Union Business Savings Account** | **$5.00** |
    | 17.3. Checking account: | **Atlantic Union Bank** | **$3.00** |
    | 17.4. Checking account: | **UVA Credit Union Business Checking** | **$38.00** |

---

| Debtor 1 | **Russell** | **Edwin** | **Anderson** | | Case number *(if known)* **22-60960** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes..................

    Institution or issuer name:

    _____     _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific
       information about
       them....................

    Name of entity:                                    % of ownership:

    _____     _____     _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific
       information about
       them....................

    Issuer name:

    _____     _____

21. **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each
       account separately.

    Type of account:          Institution name:

    401(k) or similar plan:   _____     _____

    Pension plan:             _____     _____

    IRA:                      _____     _____

    Retirement account:       _____     _____

    Keogh:                    _____     _____

    Additional account:       _____     _____

| Debtor 1 | **Russell** | **Edwin** | **Anderson** | Case number *(if known)* **22-60960** |
| | First Name | Middle Name | Last Name | |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.....................

Institution name or individual:

Electric: _____    _____

Gas: _____    _____

Heating oil: _____    _____

Security deposit on rental unit: _____    _____

Prepaid rent: _____    _____

Telephone: _____    _____

Water: _____    _____

Rented furniture: _____    _____

Other: _____    _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

Issuer name and description:

_____    _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____    _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
   information about them....

_____

| Debtor 1 | **Russell** | **Edwin** | **Anderson** | Case number *(if known)* **22-60960** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
    information about them....

_____

**27.** **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes. Give specific
    information about them.... | County business license

**$10.00**

---

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

**28.** **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about
    them, including whether you
    already filed the returns and
    the tax years......................

Federal: _____
State: _____
Local: _____

**29.** **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30.** **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..........

_____

**31.** **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company
    of each policy and list its value....

Company name:                Beneficiary:                Surrender or refund value:

**Term Life Insurance Policy, no cash value.**

**$1.00**

| Debtor 1 | **Russell** | **Edwin** | **Anderson** | Case number *(if known)* **22-60960** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes.  Give specific information..........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim.................

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim................

35. **Any financial assets you did not already list**

☐ No
☑ Yes.  Give specific information..........

| Potential funds due to debtor, unknown at this time, including State and Federal Tax refunds, potential federal stimulus checks, possible garnishment funds, insurance proceeds, proceeds related to claims or causes of action that may be asserted by the debtor, any claim for earned but unpaid wages, and/or inheritance. | $1.00 |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................➔  **$1,095.00**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe........

39. **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe........

Debtor 1    **Russell        Edwin        Anderson**                    Case number *(if known)* **22-60960**

First Name         Middle Name        Last Name

---

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe........ | See Attached. |                                            **$49,125.00**

41. **Inventory**

☑ No
☐ Yes. Describe........

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity:                                          % of ownership:

_____          _____%          _____

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☑ No
☐ Yes. Describe........

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
     information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here**.................................................................................... ➔ | **$49,125.00** |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|         | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes......................

Official Form 106A/B                    **Schedule A/B: Property**                    page **10**

Debtor 1   **Russell**        **Edwin**          **Anderson**                    Case number *(if known)*  **22-60960**

First Name          Middle Name          Last Name

---

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
  information.............   [                                    ]         _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.........................   [                                    ]         _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.........................   [                                    ]         _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
  information.............   [                                    ]         _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here**.................................................................................................➔   | **$0.00** |

---

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:*  Season tickets, country club membership

☑ No
☐ Yes. Give specific
  information.............   [                                    ]         _____
                                                                            _____
                                                                            _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here**....................................➔   | **$0.00** |

---

**Part 8:**  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**.......................................................................................................➔   | **$215,000.00** |

56. **Part 2: Total vehicles, line 5**                              _____ **$12,000.00**

57. **Part 3: Total personal and household items, line 15**        _____ **$8,400.00**

58. **Part 4: Total financial assets, line 36**                    _____ **$1,095.00**

59. **Part 5: Total business-related property, line 45**           _____ **$49,125.00**

60. **Part 6: Total farm- and fishing-related property, line 52**  _____ **$0.00**

---

Debtor 1   **Russell**          **Edwin**          **Anderson**                              Case number *(if known)*  **22-60960**

First Name          Middle Name          Last Name

61.  **Part 7: Total other property not listed, line 54**          +  _____ **$0.00**

62.  **Total personal property.** Add lines 56 through 61..............   | **$70,620.00** |   Copy personal property total ➜   +  _____ **$70,620.00**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62................................................................................................   | **$285,620.00** |

| Debtor 1 | **Russell** | **Edwin** | **Anderson** | Case number *(if known)* **22-60960** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

# SCHEDULE A/B: PROPERTY
Continuation Page

9. **Equipment for sports and hobbies**

| | |
|---|---|
| Shooting range targets | $50.00 |
| Weights | $25.00 |

10. **Firearms**

| | |
|---|---|
| Firearms | $5,000.00 |
| Gun cabinet and gun safe | $150.00 |
| Archery supplies, bows, misc ammo | $250.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

| | |
|---|---|
| Lawn mower trailer | $500.00 |
| Chainsaws | $1,000.00 |
| Box trailer | $2,050.00 |
| Low boy trailer | $1,000.00 |
| (2) Zero turn lawn mowers | $1,000.00 |
| (2) Track Loaders | $2,000.00 |
| (2) Tractors | $1,500.00 |
| (8) Shipping containers | $15,000.00 |
| Log splitter | $200.00 |
| Dump truck | $500.00 |
| Wood Moulder | $500.00 |
| Wood Lathe | $100.00 |
| Shop Vacs | $100.00 |
| Engine lift | $100.00 |
| Mechanics tools | $5,000.00 |
| Air compressor | $250.00 |
| (3) Dust collection systems | $400.00 |
| (2) Drill presses | $200.00 |
| Shop press | $200.00 |
| Metal band saw | $350.00 |
| Milling machine | $500.00 |
| Wire feed welder | $200.00 |
| Plasma cutter | $800.00 |
| Compound miter saw | $250.00 |
| Table saw | $850.00 |
| Pocket hole machine | $50.00 |
| Jointer | $800.00 |
| Drum Sander | $500.00 |
| Clamps | $350.00 |
| Spindle mortiser | $250.00 |
| Radial arm saw | $250.00 |
| Wood band saw | $500.00 |
| Scroll saw | $100.00 |
| Part cleaner | $50.00 |
| Misc. hand tools | $500.00 |
| Junk Trucks | $1,000.00 |
| 1983 Homemade Box Trailer | $50.00 |

Official Form 106A/B                    **Schedule A/B: Property**

| | |
|---|---|
| Debtor 1 | **Russell** **Edwin** **Anderson** |
| | First Name   Middle Name   Last Name |

Case number *(if known)* **22-60960**

# SCHEDULE A/B: PROPERTY
## Continuation Page

| | |
|---|---|
| Contents of 40' Storage Container (upper shooting range) including: (5) old truck engines, 19 misc truck wheels, 10 misc shade tents, 20 misc folding chairs, 14 misc lawn chairs, misc truck parts & fenders, 6 drink coolers, corn hold bards, pallet jack, 7 fold up tables (value of container not included b/c previously listed) | $500.00 |
| Contents of 40' Storage Container (lower shooting range) including: misc truck parts, archery & gun targets, misc bolts, fuel cans, scrap metal, stihl power equipment & supplies, misc loader & tractor parts, trailer hitch balls, old electric motors, 2 air tanks, misc lawn mower parts (value of container, stihl equip & supplies not included b/c previously listed) | $550.00 |
| Items located near driveway: misc electric poles, 4 stacks of misc lumber | $500.00 |
| Wood-Mizer LT15 Sawmill | $4,500.00 |
| In vicinity of abandoned house on back of property: (5) junk trucks, (5) truck cabs, (4) truck beds, misc truck parts | $1,000.00 |
| Inside of abandoned house on back of property: misc scrap metal, misc truck parts, truck took box w/ misc items, air compressor tank, misc weight lifting equipment, old kitchen range, firewood, misc lumber, misc fencing materials, misc junk items, old tonka toys, misc discarded furniture, old magazines, small ladder | $500.00 |
| Inside and around shed to the abandoned house on back of property: misc scrap metal, misc shovels, axes & other hand tools, empty buckets, old fuel cans, plastic tubs, misc junk items, log splitting wedges, wheel barrow | $250.00 |
| Contents of 40' Storage Container (sawmill) including: firewood, stored wood (for third party), misc chains, log hooks (value of container not included b/c previously listed & value of lumber not listed b/c not owned by Debtor) | $100.00 |
| Contents of 40' Storage Container (right hand side) including: misc lumber and plywood scraps (value of container not included b/c previously listed) | $500.00 |
| Contents of 40' Storage Container (driveway side) including: misc lumber, trim, third party's stored lumber, used sawmill bands, mantle chunks, scraps, shipping skids, misc electric company trash, bags of sandblasting media, scrap metal (value of container not included b/c previously listed and value of stored lumber not included b/c not owned by Debtor) | $500.00 |
| Contents of 40' Storage Container (left hand side) including: 4 new tires, misc cabinet hardware, misc tarps, lacquer fans, scrap trim boards, lacquer tent, stair project components (value of container not included b/c previously listed) | $250.00 |
| Contents of 20' Storage Container (shop) including: engine stand, empty buckets, old electric motors, old shop jigs & fixtures, misc plumbing, electrical & building supplies, bungee straps, tools, scrap veneer (value of container not included b/c previously listed) | $275.00 |
| Items around the shop: broken sandblasting cabinet, scrap metal, firewood, empty barrels, used sandblasting media, cinder blocks, bricks, misc lumber stacks, (3) junk trucks | $750.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Russell** | **Edwin** | **Anderson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Virginia**

Case number **22-60960**
(if known)

☑ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                 **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List All Secured Claims

**2.**  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** | **Value of** | **Unsecured** |
| | | Do not deduct the | **collateral that** | **portion** |
| | | value of | **supports this** | If any |
| | | collateral. | **claim** | |

| | |
|---|---|
| **2.1**  Stearns Bank N. A. | **Describe the property that secures the claim:** |

**Column A** $4,945.98  **Column B** $4,500.00  **Column C** $445.98

Creditor's Name

PO Box 750

Number        Street

Albany, MN 56307

City          State        ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

Wood-Mizer LT15 Sawmill

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $4,945.98 |

| Debtor 1 | **Russell** | **Edwin** | **Anderson** | Case number *(if known)* 22-60960 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.2** UVA Community CU
Creditor's Name

Attn: Bankruptcy

3300 Berkmar Dr
Number        Street

Charlottesville, VA 22901
City        State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
5/1/2018

**Describe the property that secures the claim:**
106 Church Lane, Parcel ID 48 A 3
106 Church Lane Faber, VA 22938

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 9  9  0  6

| Column A | Column B | Column C |
|---|---|---|
| $51,078.00 | $125,000.00 | $0.00 |

**Remarks:** funds used to build woodshop

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $51,078.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $56,023.98 |

| Debtor 1 | **Russell** | **Edwin** | **Anderson** | Case number *(if known)* 22-60960 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

1

Stearns, Bank N.A.
Name

500 13th Street
Number      Street

Equipment Finance Division

Albany, MN 56307
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor?    1

Last 4 digits of account number  -   0   0   1

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Russell** | **Edwin** | **Anderson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of Virginia** | |
| Case number (if known) | **22-60960** | | |

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules       12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____       Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Russell Edwin Anderson _____
   Russell Edwin Anderson, Debtor 1

Date _11/13/2022_____
   MM/  DD/  YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Russell** | **Edwin** | **Anderson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of Virginia** | |
| Case number (if known) | **22-60960** | | |

☑ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................................. | $215,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*....................................................... | $70,620.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................................. | $285,620.00 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $56,023.98 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $14,915.01 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $148,062.50 |
| **Your total liabilities** | $219,001.49 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................... | $5,301.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................... | $4,732.00 |

| Debtor 1 | **Russell** | **Edwin** | **Anderson** | Case number *(if known)* 22-60960 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<div style="background:black; color:white;">**Part 4:** Answer These Questions for Administrative and Statistical Records</div>

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |