**Fill in this information to identify the case:**

Debtor Name: Russell Edwin Anderson

United States Bankruptcy Court for the: Western District of Virginia

Case number: 22-60960

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: 3/1/23 - 3/31/23    Date report filed: 04/23/2023    MM / DD / YYYY

Line of business: Woodworking    NAISC code: 337212

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Russell Edwin Anderson

Original signature of responsible party: /s/ Russell Edwin Anderson

Printed name of responsible party: Russell Edwin Anderson

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Russell Edwin Anderson                                      Case number 22-60960

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**    $ 7,401.74

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 5,875.01

22. **Net cash flow**    + $ -5,875.01

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**    = $ 1,526.73

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Debtor Name  Russell Edwin Anderson                    Case number 22-60960

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _____ 0
27. What is the number of employees as of the date of this monthly report?  _____ 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00
30. How much have you paid this month in other professional fees?  $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?  $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 14,500.00 | − | $ 0.00 | = | $ -14,500.00 |
| 33. **Cash disbursements** | $ 11,710.00 | − | $ 5,875.01 | = | $ -5,834.99 |
| 34. **Net cash flow** | $ 2,790.00 | − | $ -5,875.01 | = | $ -8,624.99 |

35. Total projected cash receipts for the next month:  $ _____
36. Total projected cash disbursements for the next month:  − $ _____
37. Total projected net cash flow for the next month:  = $ _____

Official Form 425C    **Monthly Operating Report for Small Business Under Chapter 11**    page **3**

Debtor Name  Russell Edwin Anderson                           Case number 22-60960

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [x] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

| Income Projections | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *October* | | *November* | | *December* | | *January* | | *February* | | *March* | |
| Income | *Projected* | *Actual* | *Projected* | *Actual* | *Projected* | *Actual* | *Projected* | *Actual* | *Projected* | *Actual* | *Projected* | *Actual* |
| Job Income | $ 12,487.50 | $ 6,374.00 | $ 16,650.00 | $ 7,850.00 | $ 9,925.00 | $ - | $ 4,700.00 | $ 4,375.00 | $ 10,000.00 | $ 5,000.00 | $ 14,500.00 | 0 |
| Other Receipts | | $ 1,037.24 | | | | | | | | | | |
| **Subtotal Income** | $ 12,487.50 | $ 7,411.24 | $ 16,650.00 | $ 7,850.00 | $ 9,925.00 | $ - | $ 4,700.00 | $ 4,375.00 | $ 10,000.00 | $ 5,000.00 | $ 14,500.00 | 0 |
| **Expenses** | | | | | | | | | | | | |
| Materials | $ - | $ - | $ 4,500.00 | $ - | $ 1,500.00 | $ 79.88 | $ 500.00 | $ 152.95 | $ 1,500.00 | $ - | $ 4,500.00 | $ - |
| Net Employee Payroll (Other than debtor) | $ 2,000.00 | $ - | $ 2,000.00 | $ 657.80 | $ 2,000.00 | $ 932.09 | $ 2,000.00 | $ 1,131.61 | $ 2,000.00 | $ 1,157.00 | $ 2,000.00 | $ 1,020.58 |
| Payroll Taxes | $ 720.00 | $ - | $ 720.00 | $ 194.78 | $ 720.00 | $ 209.83 | $ 720.00 | $ 246.07 | $ 720.00 | $ 183.44 | $ 720.00 | $ 322.89 |
| Unemployment Taxes | $ 75.00 | $ - | $ 75.00 | $ - | $ 75.00 | $ - | $ 75.00 | $ - | $ 75.00 | $ - | $ 75.00 | $ - |
| Worker's Compensation | $ 70.00 | $ - | $ 70.00 | $ - | $ 70.00 | $ - | $ 70.00 | $ - | $ 70.00 | $ - | $ 70.00 | $ - |
| Other Taxes / Licences | $ 95.00 | $ - | $ 95.00 | $ 1,045.45 | $ 95.00 | $ 429.75 | $ 95.00 | $ 30.03 | $ 95.00 | $ 30.00 | $ 95.00 | $ - |
| Purchase of Feed/Fertilizer/Seed/Spray | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent (Other than debtor's princial residence) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Utilities | $ 750.00 | $ 556.02 | $ 750.00 | $ 360.57 | $ 750.00 | $ 146.98 | $ 750.00 | $ - | $ 750.00 | $ 193.45 | $ 750.00 | $ 339.52 |
| Office Expenses & Supplies | $ 350.00 | $ - | $ 350.00 | $ 37.50 | $ 350.00 | $ 1,502.67 | $ 350.00 | $ 24.74 | $ 350.00 | $ 24.74 | $ 350.00 | $ 482.72 |
| Repairs and Maintenance | $ 500.00 | $ - | $ 500.00 | $ 267.18 | $ 500.00 | $ 2,065.27 | $ 500.00 | $ 280.25 | $ 500.00 | $ 318.14 | $ 500.00 | $ 240.03 |
| Vehicle Expenses | $ 1,000.00 | $ 456.50 | $ 1,000.00 | $ 273.54 | $ 1,000.00 | $ 1,182.13 | $ 1,000.00 | $ 421.50 | $ 1,000.00 | $ 266.51 | $ 1,000.00 | $ 543.77 |
| Travel and Entertainment | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Equipment Rental and Leases | $ 550.00 | $ - | $ 550.00 | $ - | $ 550.00 | $ - | $ 550.00 | $ - | $ 550.00 | $ - | $ 550.00 | $ - |
| Legal/Accounting/Other Professional Fees | $ 750.00 | $ - | $ 750.00 | $ - | $ 750.00 | $ - | $ 750.00 | $ - | $ 750.00 | $ - | $ 750.00 | $ 2,500.00 |
| Insurance | $ 350.00 | $ - | $ 350.00 | $ - | $ 350.00 | $ 225.50 | $ 350.00 | $ - | $ 350.00 | $ - | $ 350.00 | $ 386.92 |
| Employee Benefits (e.g., pension, medical, etc) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 38.58 |
| Misc Expenses | $ 500.00 | $ 24.72 | $ 500.00 | $ 36.20 | $ 500.00 | $ 1,560.24 | $ 500.00 | $ 15.16 | $ 500.00 | $ 500.00 | $ 500.00 | $ - |
| **Subtotal Expenses** | $ 7,710.00 | $ 1,037.24 | $ 11,710.00 | $ 2,873.02 | $ 8,710.00 | $ 8,334.34 | $ 7,710.00 | $ 2,302.31 | $ 8,710.00 | $ 2,673.28 | $ 11,710.00 | $ 5,875.01 |
| | | | | | | | | | | | | |
| **Summary** | | | | | | | | | | | | |
| Income | $ 12,487.50 | $ 7,411.24 | $ 16,650.00 | $ 7,850.00 | $ 9,925.00 | $ - | $ 4,700.00 | $ 4,375.00 | $ 10,000.00 | $ 5,000.00 | $ 14,500.00 | 0 |
| Expenses | $ 7,710.00 | $ 1,037.24 | $ 11,710.00 | $ 3,373.02 | $ 8,710.00 | $ 8,334.34 | $ 7,710.00 | $ 2,302.31 | $ 8,710.00 | $ 2,673.28 | $ 11,710.00 | 5875.01 |
| Net | $ 4,777.50 | $ 6,374.00 | $ 4,940.00 | $ 4,476.98 | $ 1,215.00 | $ (8,334.34) | $ (3,010.00) | $ 2,072.69 | $ 1,290.00 | $ 2,326.72 | $ 2,790.00 | $ (5,834.99) |



```
                                       Date   3/31/23             Page       1
                                       Primary Account                    0311


    RUSSELL EDWIN ANDERSON
    Debtor in Possession,
    Case 22-60960, Personal Account
    106 CHURCH LN
    FABER VA 22938
```

```
   Account Title:           RUSSELL EDWIN ANDERSON
                            Debtor in Possession,
                            Case 22-60960, Personal Account

   Commercial Checking                  Number of Enclosures              1
   Account Number                   0311 Statement Dates   3/01/23 thru  4/02/23
   Previous Balance              359.22 Days in the statement period       33
       Deposits/Credits              .00 Avg Daily Ledger              238.00
     1 Checks/Debits             200.00 Avg Daily Collected            238.00
   Maintenance Fee                   .00
   Interest Paid                     .00
   Ending Balance                159.22
```

### CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount |
|---|---|---|
| 3/14 | 1004 | 200.00 |

* Indicates Skip In Check Number Sequence

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 3/01 | 359.22 | 3/14 | 159.22 |

*** END OF STATEMENT ***

**Russell E Anderson**
DBA K&R Construction, Debtor in Possession,
Case #22-60960, Personal Account
106 Church LN
Faber, VA 22938

90-8725/1222

1004

DATE 3/10/23

PAY TO THE ORDER OF Katherine Anderson  $ 200.00

Two Hundred Dollars and 00/100  DOLLARS

axos BANK

MEMO

:03211: 1004

Check   1004   Date: 03/14   Amount: $200.00

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)





```
                                        Date   3/31/23          Page        1
                                        Primary Account             ████0303


    RUSSELL EDWIN ANDERSON
     Debtor in Possession,
     Case 22-60960, Tax Account
    106 CHURCH LN
    FABER VA 22938
```

| Account Title: | RUSSELL EDWIN ANDERSON |
| --- | --- |
| | Debtor in Possession, |
| | Case 22-60960, Tax Account |

```
 Commercial Checking                    Number of Enclosures            0
 Account Number              ████0303   Statement Dates   3/01/23 thru  4/02/23
 Previous Balance              404.89   Days in the statement period       33
    2 Deposits/Credits         322.89   Avg Daily Ledger              635.72
      Checks/Debits               .00   Avg Daily Collected           635.72
 Maintenance Fee                  .00
 Interest Paid                    .00
 Ending Balance                727.78
```

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
| --- | --- | --- |
| 3/06 | From DDA *0295,To DDA *0303,withholding taxes | 119.54 |
| 3/13 | From DDA *0295,To DDA *0303,withholding taxes | 203.35 |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
| --- | --- | --- | --- | --- | --- |
| 3/01 | 404.89 | 3/06 | 524.43 | 3/13 | 727.78 |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)


MEMBER FDIC    EQUAL HOUSING LENDER



```
                                    Date   3/31/23           Page       1
                                    Primary Account          █████0295


    RUSSELL EDWIN ANDERSON
    Debtor in Possession,
    Case 22-60960, Operating Account
    106 CHURCH LN
    FABER VA 22938
```

| Account Title: | RUSSELL EDWIN ANDERSON Debtor in Possession, Case 22-60960, Operating Account |
|---|---|

```
 Commercial Checking                   Number of Enclosures             4
 Account Number           █████0295    Statement Dates   3/01/23 thru 4/02/23
 Previous Balance           6,391.83   Days in the statement period    33
     Deposits/Credits            .00   Avg Daily Ledger           3,889.52
 27  Checks/Debits          5,875.00   Avg Daily Collected        3,889.52
 Maintenance Fee                 .00
 Interest Paid                   .00
 Ending Balance               516.83
```

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 3/01 | DBT CRD 0315 02/28/23 33119994 VZWRLSS*APOCC VISE 800-922-0204    FL C#1750 | 227.99- |
| 3/02 | DBT CRD 0709 03/01/23 71513558 SHADY S PLACE LOVINGSTON    VA C#1750 | 52.00- |
| 3/02 | PAYMENT    Central Virginia PPD 104000011713402 RussellAnderson | 33.75- |
| 3/02 | PAYMENT    Central Virginia PPD 104000011713403 RussellAnderson | 126.33- |
| 3/03 | VENDOR PMT Virginia Farm Bu PPD 091000012925055 | 50.10- |



Date  3/31/23          Page     2
Primary Account         ███0295

Commercial Checking      ███0295  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 3/03 | VA FARM BUR INS PREM VENDOR PMT Virginia Farm Bu PPD 091000012925054 | 336.82- |
| 3/06 | VA FARM BUR INS PREM DBT CRD 0851 03/03/23 35117234 WEB*HOMESTEAD.COM 800-9860958    MA C#1750 | 26.74- |
| 3/06 | DBT CRD 1103 03/05/23 11334056 SHADY S PLACE LOVINGSTON    VA C#1750 | 71.50- |
| 3/06 | From DDA *0295,To DDA *0303,withholding taxes | 119.54- |
| 3/08 | DBT CRD 1020 03/07/23 86592384 SHADY S PLACE LOVINGSTON    VA C#1750 | 51.50- |
| 3/09 | DBT CRD 0710 03/08/23 72305514 SHADY S PLACE LOVINGSTON    VA C#1750 | 53.50- |
| 3/09 | DBT CRD 1806 03/08/23 03940628 NOR*NORTHERN TOOL 800-222-5381   MN C#1750 | 240.03- |
| 3/13 | From DDA *0295,To DDA *0303,withholding taxes | 203.35- |
| 3/14 | DBT CRD 0715 03/13/23 41505930 SHADY S PLACE LOVINGSTON    VA C#1750 | 26.58- |
| 3/15 | DBT CRD 0711 03/14/23 36881185 SHADY S PLACE LOVINGSTON    VA C#1750 | 52.51- |
| 3/15 | DBT CRD 0714 03/14/23 40796969 SHADY S PLACE LOVINGSTON    VA C#1750 | 108.75- |
| 3/20 | DBT CRD 1820 03/18/23 40164998 CAR LOVERS 2 434-9755200    VA C#1750 | 12.00- |
| 3/22 | DBT CRD 0708 03/21/23 35245844 SHADY S PLACE LOVINGSTON    VA C#1750 | 52.51- |
| 3/27 | DBT CRD 1746 03/25/23 17868658 MARTINS FUEL 6285 | 53.00- |



Date   3/31/23          Page        3
Primary Account         ████████0295

Commercial Checking            ████████0295   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
|  | WAYNESBORO     VA C#1750 |  |
| 3/29 | DBT CRD 0316 03/28/23 97892039 | 227.99- |
|  | VZWRLSS*APOCC VISE |  |
|  | 800-922-0204    FL C#1750 |  |
| 3/30 | DBT CRD 1056 03/29/23 71776732 | 48.50- |
|  | BROWNSVILLE MART |  |
|  | CROZET         VA C#1750 |  |
| 3/31 | DBT CRD 1519 03/29/23 31562720 | 33.75- |
|  | MDC*CENTRAL VIRGINIA E |  |
|  | 434-2638336    VA C#1750 |  |
| 3/31 | DBT CRD 1517 03/29/23 30638609 | 145.69- |
|  | MDC*CENTRAL VIRGINIA E |  |
|  | 434-2638336    VA C#1750 |  |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 3/07 | 1022 | 361.65 | 3/28 | 1024 | 2,500.00 |
| 3/21 | 1023 | 316.24 | 3/29 | 1025 | 342.68 |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | 6,163.84 | 3/09 | 4,640.38 | 3/22 | 3,868.44 |
| 3/02 | 5,951.76 | 3/13 | 4,437.03 | 3/27 | 3,815.44 |
| 3/03 | 5,564.84 | 3/14 | 4,410.45 | 3/28 | 1,315.44 |
| 3/06 | 5,347.06 | 3/15 | 4,249.19 | 3/29 | 744.77 |
| 3/07 | 4,985.41 | 3/20 | 4,237.19 | 3/30 | 696.27 |
| 3/08 | 4,933.91 | 3/21 | 3,920.95 | 3/31 | 516.83 |

*** END OF STATEMENT ***

Check  1022   Date: 03/07   Amount: $361.65

Check  1023   Date: 03/21   Amount: $316.24

Check  1024   Date: 03/28   Amount: $2,500.00

Check  1025   Date: 03/29   Amount: $342.68

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC
EQUAL HOUSING LENDER