

**SIGNED THIS 30th day of May, 2023**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 22-60960** |
| | : | |
| **RUSSELL EDWIN ANDERSON,** | : | **Chapter 11** |
| Debtor. | : | |
| | : | **Judge Rebecca B. Connelly** |

### ORDER ALLOWING FIRST AND FINAL APPLICATION OF COX LAW GROUP, PLLC, FOR ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT AS COUNSEL TO THE DEBTOR

This matter comes before the Court upon the First and Final Application for Allowance of Compensation and Expense Reimbursement as Counsel to the Debtor (the "**Application**") filed herein by Cox Law Group, PLLC ("**Cox Law Group**"), as counsel to Russel Edwin Anderson, the reorganized debtor ( the "**Debtor**"), and it appearing to the Court that (i) proper notice of the Application has been provided to all necessary parties; (ii) no objections to the Application have been filed; (iii) the request for compensation and reimbursement of expenses as allowed herein is reasonable and appropriate under the circumstances; (iv) good and sufficient cause exists to grant the Application; and (v) the Application satisfies the requirements of sections 330 and 331 of the Bankruptcy Code; it is hereby

1

**ORDERED, ADJUDGED, AND DECREED that:**

1. Cox Law Group is awarded compensation pursuant to 11 U.S.C. §330, as an administrative expense claim, in the total amount of $31,192.60, which represents fees for legal services in the amount of $31,160.00, and reimbursement of expenses in the amount $32.64, which amounts are deemed proper and reasonable; and

2. The Debtor and/or its bankruptcy estate is authorized to pay to Cox Law Group the compensation and reimbursement of expenses allowed herein as an administrative expense as of the date of this Order; and

3. Cox Law Group is hereby authorized to apply funds held in its trust account or received from the Debtor from future income of the Debtor.

4. Any applicable stay of this Order is hereby waived.

5. The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.

**\*\* End of Order \*\***

I ask for this:

By: /s/ David Cox
David Cox (VSB#38670)
COX LAW GROUP PLLC
900 Lakeside Drive,
Lynchburg, Virginia 24501
434-845-2600
434-845-0727 (Facsimile)
Counsel for the
Reorganized Debtor

Seen and no objection:

/s/ W. Joel Charboneau
W. Joel Charboneau (VSB #68025)
United States Department of Justice
Office of The United States Trustee
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011
Trial Attorney for the United States Trustee

/s/ William E. Callahan, Jr.
William E. Callahan, Jr.
Subchapter V Trustee
10 Franklin Road SE, Suite 900
Roanoke, VA 24011
540-983-9009
callahan@gentrylocke.com